

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00048-CV
_____

SYLVIA WRIGHT AND ALL OCCUPANTS, Appellants

V.

HPA TEXAS SUB 2016 ML LLC, Appellee

On Appeal from the County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2021-00853-JP

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Sylvia Wright, appellant, filed a notice of appeal in this matter on April 20, 2021.[1] The clerk's record was due to be filed in this case on or before June 7, 2021. Appellant is not indigent and is thus responsible for paying or making adequate arrangements to pay the clerk's fee for preparing the record. *See* TEX. R. APP. P. 37.3(b). The county clerk has informed this Court that the fee has not been paid for preparation of the clerk's record.

By letter dated June 17, 2021, Appellant was provided with notice of and an opportunity to cure this defect. *See* TEX. R. APP. P. 42.3(b), (c). The June 17 letter further warned Appellant that, if she did not submit an adequate response to the notice by June 28, 2021, this appeal would be subject to dismissal for want of prosecution and for failure to comply with the above-cited rules. Appellant has not paid for preparation of the clerk's record and has not filed proof of indigency. *See* TEX. R. APP. P. 20.1. Further, we have received no communication from Appellant responsive to the June 17 correspondence. Accordingly, this appeal is ripe for dismissal.

Pursuant to Rules 42.3, subsections (b) and (c), of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.


Josh R. Morriss, III
Chief Justice

Date Submitted:     July 12, 2021
Date Decided:       July 13, 2021

---

[1] Originally appealed to the Second Court of Appeals in Fort Worth, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.